Jon R. Wilson
**WILSON LAW OFFICES, P.C.**
Attorney at Law
4614 W. Emerald Street
Boise, Idaho 83706
(208) 343-8400 Telephone
(208) 424-5006 Facsimile
jon@boiselaw.org

ISB 3798

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re: | ) |
| | ) CASE NO. 19-00457-TLM |
| DeVonna Rose Parrie, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |
| | ) |

APPLICATION FOR ALLOWANCE OF ATTORNEY FEES IN
A CHAPTER 13 BANKRUPTCY

Applicant, under §330, §503, and §1326 represents as follows:

1. Applicant is a licensed attorney and the attorney for the Debtor.

2. Applicant has provided services in connection with the immediate case for Debtor at the agreed upon rate of $250.00 per hour for attorney fees and $95.00 per hour for paralegal.

3. Applicant now seeks total compensation in the amount of $ in fees and $0.00 in costs. Such compensation is reasonable as itemized in Exhibit A attached hereto.

4. Debtor previously paid fees of $500.00 leaving a balance of $2,637.50.

5. Debtor was notified in writing on July 12, 2019 that my office would be seeking the above-referenced sum for attorney fees to be paid directly through

**APPLICATION FOR ALLOWANCE OF ATTORNEY FEES IN A CHAPTER 13
BANKRUPTCY- 1**

the Chapter 13 Plan upon confirmation and court approval. Furthermore, a copy of the Fee Billing Statement was emailed to the Debtor on July 12, 2019, along with instructions of her opportunity to object to these fees.

WHEREFORE, Applicant and Debtor move the Court for an Order approving payment of the requested attorney fees and costs as set forth above from funds held or received by Chapter 13 Trustee.

Dated this 12th day of July, 2019.

WILSON LAW OFFICES, P.C.

/s/_____Jon R. Wilson_____
JON R. WILSON
Attorney for Debtor

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 12, 2018, I filed the foregoing document through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

US Trustee, ECF
Kathleen McCallister, ECF

Synchrony Bank
c/o PRA Receivables Management, LLC
claims@recoverycorp.com

Jesse Baker
Aldridge Pite, LLP
ecfidb@aldridgepite.com

I further certify that on such dated I served the foregoing on the non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, posted prepaid addressed as follows:

DeVonna Rose Parrie
1715 N. Amber Street
Boise, ID 83706

/s/_____Jon R. Wilson_____
JON R. WILSON

**APPLICATION FOR ALLOWANCE OF ATTORNEY FEES IN A CHAPTER 13 BANKRUPTCY-** 2

# EXHIBIT A

## DeVonnaParrie

### CHAPTER 13
### CASE NO. 19-00457-TLM
### Attorney Hourly Rate $250.00
### Paralegal Hourly Rate $95.00

| DATE | DESCRIPTION | ATTORNEY HOURS | PARALEGAL HOURS | ATTORNEY FEES | PARALEGAL FEES | COSTS |
|---|---|---|---|---|---|---|
| 9/18/18 | Initial consultation with client re: bankruptcy options and default on mortgage; Review lawsuit filed by Capital One | 1.0 | | $250.00 | | |
| 9/18/18 | Begin inputting information for bankruptcy and data gathering | | 3.0 | | 285.00 | |
| 4/4/19 | Telephone call with US Bank's attorney, Sydney Leavitt | .30 | | 75.00 | | |
| 4/5/19 | Email communications with US Bank's attorney, Sydney Leavitt re: mortgage default | .50 | | 125.00 | | |
| 4/5/19 | Review letter from City of Boise; Fax from Real Time Solutions and US Bank reinstatement documents | .70 | | 175.00 | | |
| 4/6/19 | Review letter from US Bank re: default on mortgage | .50 | | 125.00 | | |
| 4/8/19 | Meet with client re: budget items | .50 | | 125.00 | | |
| 4/23/19 | Email communication with Darren Butler re: homeowners dues | .20 | | 50.00 | | |
| 4/29/19 | Draft Chapter 13 Plan | | 1.0 | | 95.00 | |
| 4/29/19 | Review all document for filing; meet with client and file ECF | 2.00 | | 500.00 | | |
| 5/2/19 | Amend and file Amended SOFA and Disclosure of Compensation | | 1.5 | | 142.50 | |
| 5/16/19 | Review Trustee's | | .50 | | 47.50 | |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| | Review and respond to issues | | | | | |
| 5/27/19 | Scan and File documents in Epiq | | .50 | | 47.50 | |
| 5/28/19 | Review Objection to Plan filed by US Bank with client; email US Bank's attorney for a breakdown of default and costs | 1. | | 250.00 | | |
| 6/16/19 | Review file for 341 hearing | .50 | | 125.00 | | |
| 6/17/19 | Attend 341 hearing; two telephone calls with client; | 1.5 | | 375.00 | | |
| 6/17/19 | Prepare Application for Compensation with billing statement | | 1.0 | | 95.00 | |
| 7/11/19 | Review file for last minute confirmation issues; TC w/Ada County Assessor re: property taxes; TC w/ Aldridge Pite re: mortgage issues | .5 | | 125.00 | | |
| 7/12/19 | Meeting with Chapter 13 Trustee to review pre-confirmation issues | .50 | | 125.00 | | |
| | **TOTALS** | **9.7** | **7.5** | **2425.00** | **712.50** | |

| | |
|---|---|
| Subtotal of Attorney Fees | $2,425.00 |
| Subtotal of Paralegal Fees | $712.50 |
| Subtotal of Costs | $0.00 |
| Total Fees | $3,137.50 |
| Less Fees Paid by Debtor | $500.00 |
| Total Fees Requested through confirmed Plan | $2,637.50 |